IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MARTIN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-192 |
| | ) | |
| WALMART, INC., d/b/a Walmart Martinez Neighborhood Market #5813, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant Walmart, Inc., removed this case to the Southern District of Georgia from the Superior Court of Columbia County on December 19, 2023. (Doc. no. 1.) That same day, the Clerk of Court issued a Removal Notice to All Counsel of Record informing Plaintiff's Counsel if he intended to appear in the case in federal court, he must file a notice of appearance or motion for admission *pro hac vice* within ten days. (Doc. no. 3.) Attorney J. Clay Burckhalter, who represented Plaintiff in Superior Court, has not made an appearance, nor has any other attorney appeared on behalf of Plaintiff.

By no later than January 10, 2024, Mr. Burckhalter shall file a notice of appearance or otherwise file a notice for the record who will be representing Plaintiff in this case. The Court **DIRECTS** the **CLERK** to serve this Order on Mr. Burckhalter by email and United States Mail and document the same on the record.

SO ORDERED this 3rd day of January, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA