AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER MARTIN JOHNSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV123-192

WALMART, INC. d/b/a Walmart Martinez Neighborhood Market #5813,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 5, 2024, this case is remanded to the Superior Court of Columbia County, Georgia and stands closed.



4/5/2024
*Date*

John E. Triplett
*Clerk*



*(By) Deputy Clerk*

GAS Rev 10/1/03